No. D–2192. IN RE DISBARMENT OF HINSON. Disbarment entered. [For earlier order herein, see 530 U. S. 1295.]

No. D–2193. IN RE DISBARMENT OF MOORE. Disbarment entered. [For earlier order herein, see 530 U. S. 1295.]

No. D–2194. IN RE DISBARMENT OF ALBANESE. Joseph P. Albanese, of New York, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on August 28, 2000 [530 U. S. 1295], is discharged.

No. D–2197. IN RE DISBARMENT OF CHILINGIRIAN. Disbarment entered. [For earlier order herein, see ante, p. 805.]

No. D–2199. IN RE DISBARMENT OF ADAMS. Disbarment entered. [For earlier order herein, see ante, p. 805.]

No. D–2211. IN RE DISBARMENT OF GAMBLE. Henry Donnell Gamble, of Durham, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2212. IN RE DISBARMENT OF FENTON. Robert L. Fenton, of Monterey, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2213. IN RE DISBARMENT OF GAILEY. James R. Gailey, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2214. IN RE DISBARMENT OF HENDERSHOT. Thomas R. Hendershot, of Greenbelt, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.